UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEIN COLE,<br><br>    Plaintiff,<br><br>    v.<br><br>R. MCFADDEN-JENSEN, et al.,<br><br>    Defendants. | Case No. 20-cv-06400-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Mail sent by the Court to plaintiff was returned as undeliverable more than 60 days ago. Accordingly, the action is DISMISSED (without prejudice) because plaintiff failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** May 19, 2021

_____
WILLIAM H. ORRICK
United States District Judge